PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS MATTHEW ADAMS,<br><br>Defendant. | CASE NO. 2:22-CR-163-KJM<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING/ARRAIGNMENT FOR THOMAS MATTHEW ADAMS PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME<br><br>DATE: August 3, 2022<br>TIME: 2:00 p.m.<br>COURT: Hon. Jeremy D. Peterson |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney James R. Conolly, and defendant Thomas Matthew Adams, individually and by and through his counsel of record, Danica Mazenko, hereby stipulate as follows:

1. The Complaint in this case was filed on April 20, 2022. ECF No. 1 (formerly Case No. 2:22-MJ-60-AC). Mr. Adams first appeared before a judicial officer of the Court in which the charges in this case were pending on July 20, 2022. ECF No. 8. The court set a preliminary hearing date of August 3, 2022. *Id*.

2. On July 28, 2022, a federal grand jury returned a four-count indictment against Mr. Adams. ECF No. 14. The preliminary hearing set for August 3, 2022, was therefore converted to an arraignment.

3. Defense counsel has been preparing for the upcoming arraignment but, on August 1, 2022, defense counsel tested positive for COVID-19. In addition to this requiring her to see to her own health, it has prevented her from meeting with her client in advance of the arraignment. Given the

1  Court's General Orders implementing precautions against the spread of COVID-19, and out of an
2  abundance of caution, the parties agree that it would be prudent to continue the arraignment for one
3  week, which should allow sufficient time for defense counsel to recover and meet with her client.

4      4.    By this stipulation, therefore, Mr. Adams and the government jointly move for an
5  extension of time for Mr. Adams' arraignment date to August 10, 2022, at 2:00 p.m., before the duty
6  Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.  In addition to
7  adhering this Court's General Orders on the pandemic, the parties stipulate that the delay is required to
8  allow the defense reasonable time to prepare.  The parties further agree that the interests of justice
9  served by granting this continuance outweigh the best interests of the public and the defendant in a
10 speedy trial. 18 U.S.C. § 3161(h)(7)(A).

11     5.    The parties agree that good cause exists for the extension of time, and that the extension
12 of time would not adversely affect the public interest in the prompt disposition of criminal cases.
13 Therefore, the parties request that the time between August 3, 2022, and August 10, 2022, be excluded
14 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

15     IT IS SO STIPULATED.

Dated:  August 2, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ JAMES R. CONOLLY
JAMES R. CONOLLY
Assistant United States Attorney

Dated:  August 2, 2022

/s/ DANICA MAZENKO
DANICA MAZENKO
Counsel for Defendant
THOMAS MATTHEW ADAMS

STIPULATION

2

|   |   |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | JAMES R. CONOLLY<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS MATTHEW ADAMS,<br><br>Defendant. | CASE NO. 2:22-CR-163-KJM<br><br>[PROPOSED] FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING/ARRAIGNMENT FOR THOMAS MATTHEW ADAMS PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME<br><br>DATE: August 3, 2022<br>TIME: 2:00 p.m.<br>COURT: Hon. Jeremy D. Peterson |
|---|---|

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing/Arraignment Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on August 2, 2022. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the arraignment date for defendant Thomas Matthew Adams, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.   The date of the arraignment for defendant Thomas Matthew Adams is extended to August 10, 2022, at 2:00 p.m.

2. The time between August 3, 2022, and August 10, 2022, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: August 3, 2022

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

ORDER

2