1  PHILLIP A. TALBERT
   United States Attorney
2  JAMES R. CONOLLY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

   UNITED STATES OF AMERICA,          CASE NO.  2:22-CR-163-KJM
11
                      Plaintiff,
12                                     STIPULATION REGARDING EXCLUDABLE
             v.                        TIME PERIODS UNDER SPEEDY TRIAL ACT;
13                                     ORDER
   THOMAS MATTHEW ADAMS,
14
                      Defendant.       DATE: May 15, 2023
15                                     TIME: 9:00 a.m.
                                       COURT: Hon. Daniel J. Calabretta
16

17                        **BACKGROUND**

18        By previous order, this matter was set for status on May 15, 2023, before Chief United States

19  District Judge Kimberley J. Mueller.  On April 4, 2023, the Court reassigned this case to United States

20  District Judge Daniel J. Calabretta and vacated all dates in the matter.  ECF No. 31.  By this stipulation,

21  the parties now request that the Court set a status conference for June 29, 2023, and to exclude time

22  under Local Code T4, between May 15, 2023, and June 29, 2023, for the reasons set forth below.

23                        **STIPULATION**

24        Plaintiff United States of America, by and through its counsel of record, and defendant, Thomas

25  Adams, by and through his counsel of record, hereby stipulate as follows:

26        1.      By this stipulation, defendant moves to continue the status conference until June 29,

27  2023, at 9:00 a.m., and to exclude time between May 15, 2023, and June 29, 2023, under Local Code

28  T4.

2.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has produced discovery associated with this case that includes approximately 1,400 pages of investigative reports and photographs, of which roughly 100 pages are specific to this defendant, and an additional 1,300 pages of discovery from a broader investigation with which Adams is associated.  In addition, the government has recently produced additional photographs and video evidence specific to this defendant.  The case also includes physical evidence in the form of firearms and narcotics.  All of this discovery has either been produced directly to counsel and/or made available for inspection and copying.

        b)      Counsel for defendant desires additional time to review discovery, as well as the current charges, to conduct investigation and research related to the charges, to consult with her client, and to discuss potential resolution options.  Defense counsel will need additional time to research and draft pretrial motions and otherwise prepare for trial.

        c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 15, 2023 to June 29, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

/ / /

3.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 1, 2023                                    PHILLIP A. TALBERT
                                                       United States Attorney

                                                       /s/ JAMES R. CONOLLY
                                                       JAMES R. CONOLLY
                                                       Assistant United States Attorney

Dated:  May 2, 2023                                    /s/ DANICA MAZENKO
                                                       DANICA MAZENKO
                                                       Counsel for Defendant
                                                       THOMAS MATTHEW ADAMS


**ORDER**

IT IS SO FOUND AND ORDERED this 1st day of May, 2023.


                                                       /s/ Daniel J. Calabretta
                                                       THE HONORABLE DANIEL J. CALABRETTA
                                                       UNITED STATES DISTRICT JUDGE