PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS MATTHEW ADAMS,<br><br>Defendant. | CASE NO.  2:22-CR-163-KJM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: August 17, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, Thomas Adams, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 17, 2023.

2. By this stipulation, defendant moves to continue the status conference until October 5, 2023, and to exclude time between August 17, 2023, and October 5, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has produced discovery associated with this case that includes approximately 1,400 pages of investigative reports and photographs, of which roughly 100 pages are specific to this defendant, and an additional 1,300 pages of discovery from a broader investigation with which Adams is associated. In addition, the government has recently produced additional photographs and video evidence specific to this defendant. The case also

includes physical evidence in the form of firearms and narcotics.  All of this discovery has either been produced directly to counsel and/or made available for inspection and copying.

        b)        Counsel for defendant desires additional time to review discovery, as well as the current charges, to conduct investigation and research related to the charges, to consult with her client, and to discuss potential resolution options.  Defense counsel will need additional time to research and draft pretrial motions and otherwise prepare for trial.

        c)        Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)        The government does not object to the continuance.

        e)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 17, 2023 to October 5, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: August 14, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ JAMES R. CONOLLY<br>JAMES R. CONOLLY<br>Assistant United States Attorney |
| Dated: August 14, 2023 | /s/ DANICA MAZENKO<br>DANICA MAZENKO<br>Counsel for Defendant<br>THOMAS MATTHEW ADAMS |

IT IS SO FOUND AND ORDERED this 15th day of August, 2023.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE