MICHELE BECKWITH
Acting United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-163-DJC |
|---|---|
| Plaintiff, | |
| v. | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| THOMAS MATTHEW ADAMS, | |
| Defendant. | DATE: February 6, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, Thomas Adams, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on February 6, 2025.

2. By this stipulation, defendant moves to continue the sentencing until August 7, 2025, and to exclude time between February 6, 2025, and August 7, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has produced discovery associated with this case that includes approximately 1,400 pages of investigative reports and photographs, of which roughly 100 pages are specific to this defendant, and an additional 1,300 pages of discovery from a broader investigation with which Adams is associated. Pertinent to the case is the abuse Adams suffered as a child, which resulted in significant substance abuse as an adult.

    b) Counsel for defendant desires additional time to conduct investigation and research related to mitigation, to consult with her client, and to receive authorization on a pending funding request pertaining to a psychological expert in this case, as well as complete the steps required to complete the psychological evaluation.  Defense counsel will need additional time to review the psychological evaluation report and draft sentencing documents.

    c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 6, 2025 to August 7, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 30, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ JAMES R. CONOLLY
JAMES R. CONOLLY
Assistant United States Attorney

Dated: January 30, 2025

/s/ DANICA MAZENKO
DANICA MAZENKO
Counsel for Defendant
THOMAS MATTHEW ADAMS

## ORDER

IT IS SO FOUND AND ORDERED this 31st day of January, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE